UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC | : | CIVIL CASE NO. |
| Plaintiff | : | 3:18CV678 (JCH) |
| | : | |
| v. | : | |
| | : | |
| JOHN GWAN | : | DECEMBER 19, 2018 |
| Defendant | : | |

## ORDER TO SHOW CAUSE

The plaintiff is hereby **ORDERED TO SHOW CAUSE** why the court should not dismiss this case for failure to prosecute as a result of the plaintiff's failure to move for a default entry against the defendant. Plaintiff should file its response by **January 2, 2019**. Failure to respond by said date may result in the dismissal of this case.

**SO ORDERED**.

Dated at New Haven, Connecticut this 19th day of December 2018.

                                                                                 `/s/Janet C. Hall`
                                                                                 Janet C. Hall
                                                                                 United States District Judge